IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| PROOF RESEARCH, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MCGOWEN PRECISION BARRELS, LLC,<br><br>Defendant. | CV 17–173–M–DLC<br><br>ORDER |

Before the Court is the Parties' Joint Motion to Stay Proceedings (Doc. 7). The Parties request a stay in the above-captioned case pending the final disposition of the "Trademark Trial and Appeal Board Cancellation Proceeding No. 92067618" which was filed on December 22, 2017, by Defendant McGowen Precision Barrels, LLC, because the proceeding involves U.S. Trademark Registration No. 4390533, which is at issue in this case. Accordingly,

IT IS ORDERED that the Parties' Joint Motion to Stay Proceedings (Doc. 7) is GRANTED and this case is STAYED pending resolution of Trademark Trial and Appeal Board Cancellation Proceeding No. 92067618.

DATED this 16th day of January, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court