Antoinette M. Tease
ANTOINETTE M. TEASE, P.L.L.C.
175 N. 27th St., Ste. 902
Billings, MT 59101
Telephone: (406) 294-9000
Fax: (406) 294-9002
Email: toni@teaselaw.com

Attorney for Plaintiff Proof Research, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| PROOF RESEARCH, INC., | ) |
|     *Plaintiff*, | ) CASE NO. 9:17-cv-00173-DLC |
|     *v.* | ) |
| MCGOWEN PRECISION BARRELS, LLC, | ) |
|     *Defendant*. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated June 29, 2018, the parties hereby submit their joint status report. Discovery has been substantially completed in Trademark Trial and Appeal Board Cancellation Proceeding No. 92067618. Through the discovery process, Proof Research, Inc. ("PRI") learned that a company called Hunters Gun Club, LLC, which is affiliated with McGowen Precision Barrels, LLC, was directly responsible for the manufacture and sale of the accused products. As such, PRI plans to file a motion to amend the Complaint to add

Hunters Gun Club, LLC as a defendant; however, PRI has not yet filed this motion because the present case has been stayed. PRI trusts that it will have an opportunity to file the motion to amend once the stay is lifted.

In the TTAB proceeding, Petitioner (McGowen Precision Barrels, LLC) filed a motion for summary judgment on November 1, 2018. Registrant (Proof Research, Inc.) filed its brief in opposition to the motion for summary judgment on December 6, 2018. On July 16, 2018, the TTAB extended all pretrial and trial deadlines pursuant to a stipulation of the parties. A copy of the current TTAB scheduling order is attached.

DATED this 17th day of December, 2018.

/s/ Antoinette M. Tease
Attorney for Plaintiff Proof Research, Inc.

/s/ Robert C. Lukes
Attorney for Defendant McGowen Precision Barrels, LLC