EXHIBIT A

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA  22313-1451
TTAB Assistance Center: 571-272-8500
General Email: TTABInfo@uspto.gov

July 16, 2018

Cancellation No. 92067618

*McGowen Precision Barrels, LLC*

*v.*

*Proof Research, Inc.*

**Karl Kochersperger, Paralegal Specialist:**

The parties' stipulated motion, filed July 8, 2018, to extend disclosure, discovery,

and trial dates is granted.[1] Trademark Rule 2.127(a).

Trial dates are reset in accordance with the parties' motion, as modified below:

---

[1] When parties stipulate to the rescheduling of a deadline for pretrial disclosures and subsequent testimony periods or to the rescheduling of the closing date for discovery and the rescheduling of subsequent deadlines for pretrial disclosures and testimony periods, a stipulation presented in the form used in a trial order, signed by the parties, or a motion in said form signed by one party and including a statement that every other party has agreed thereto, shall be submitted to the Board through ESTTA, with the relevant dates set forth and an express statement that all parties agree to the new dates. Trademark Rule 2.121(d).

| | |
|---|---|
| Expert Disclosures Due | 10/5/2018 |
| Discovery Closes | 11/4/2018 |
| Plaintiff's Pretrial Disclosures Due | 12/19/2018 |
| Plaintiff's 30-day Trial Period Ends | 2/2/2019 |
| Defendant's Pretrial Disclosures Due | 2/17/2019 |
| Defendant's 30-day Trial Period Ends | 4/3/2019 |
| Plaintiff's Rebuttal Disclosures Due | 4/18/2019 |
| Plaintiff's 15-day Rebuttal Period Ends | 5/18/2019 |
| Plaintiff's Opening Brief Due | 7/17/2019 |
| Defendant's Brief Due | 8/16/2019 |
| Plaintiff's Reply Brief Due | 8/31/2019 |
| Request for Oral Hearing (optional) Due | 9/10/2019 |

Generally, the Federal Rules of Evidence apply to Board trials. Trial testimony is taken and introduced out of the presence of the Board during the assigned testimony periods. The parties may stipulate to a wide variety of matters, and many requirements relevant to the trial phase of Board proceedings are set forth in Trademark Rules 2.121 through 2.125. These include pretrial disclosures, the manner and timing of taking testimony, matters in evidence, and the procedures for submitting and serving testimony and other evidence, including affidavits, declarations, deposition transcripts and stipulated evidence. Trial briefs shall be submitted in accordance with Trademark Rules 2.128(a) and (b). Oral argument at final hearing will be scheduled only upon the timely submission of a separate notice as allowed by Trademark Rule 2.129(a).