IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PROOF RESEARCH, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MCGOWEN PRECISION BARRELS, LLC, <br><br> Defendant. | CV 17–173–M–DLC <br><br> ORDER |

Plaintiff Proof Research, Inc. having filed a Notice of Voluntary Dismissal (Doc. 27), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS ORDERED that this matter is DISMISSED without prejudice.

DATED this 3rd day of August, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

- 1 -